UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-304-M

FILED
NOV 0 2 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| ANDREW SALVARANI GARCIA-SMITH ) | |

The United States charges that:

On or about May 30, 2020, in the Eastern District of North Carolina, the defendant, ANDREW SALVARANI GARCIA-SMITH, aiding and abetting others both known and unknown to the Grand Jury, maliciously damaged and destroyed by means of fire and an explosive, a building, the Market House, located at Market Square, Fayetteville, North Carolina, in whole and in part owned and possessed by the City of Fayetteville, an organization receiving Federal financial assistance, in violation of Title 18, United States Code, Sections 844(f)(1) and 2.

ROBERT J. HIGDON, JR.
United States Attorney

BY: J.D. Koesters
Assistant United States Attorney

Date: 11/2/2020