ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Andrew Salvarani Garcia-Smith             Docket No. 5:20-CR-304-1M

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Eddie J. Smith, Supervising U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Andrew Salvarani Garcia-Smith, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 12th day of June, 2020.

The defendant appeared before Richard E. Myers II, U.S. District Judge, for arraignment on the 5th day of November, 2020, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 20, 2020, the defendant committed the offense of Larceny (20CR61714) in Fayetteville, North Carolina. According to the Fayetteville Police Department incident report, the defendant stole the following items from Best Buy: Skull Candy headphones, a Fire TV Cube, and a Fire Table. The arrest warrant was issued on December 21, 2020 and was served on December 27, 2020.

On December 27, 2020, the defendant committed the offenses of Larceny and Possession of Stolen Goods (20CR61904) in Fayetteville, North Carolina. According to the Fayetteville Police Department incident report, the defendant stole two sets of Skull Candy headphones from Best Buy. The defendant was arrested when he tried to exit the store with the stolen items.

**PRAYING THAT THE COURT WILL ORDER** that a warrant for the defendant's arrest be issued and a hearing held to determine if the defendant's pretrial supervision should be revoked.

                                                     I declare under penalty of perjury that the foregoing is true and correct.

                                                     /s/ Eddie J. Smith
                                                     Eddie J. Smith
                                                     Supervising U.S. Probation Officer
                                                     150 Rowan Street Suite 110
                                                     Fayetteville, NC 28301
                                                     Phone: 910-354-2537
                                                     Executed On: December 28, 2020

### ORDER OF THE COURT

Considered and ordered the 29th day of December, 2020, and ordered filed and made part of the records in the above case.

_/s/ Richard E. Myers II_
Richard E. Myers II
U.S. District Judge