IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CR-00304-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ANDREW SALVARANI GARCIA-SMITH, | |
| Defendant. | |

This matter is before the court on Defendant's motion to seal. For good cause shown, the motion is GRANTED. The proposed sealed sentencing memorandum at Docket Entry 48 is hereby sealed.

SO ORDERED this 3d day of June, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE